In the Matter of the CITY OF NEW YORK, on Behalf of the NEW YORK CITY HOUSING AUTHORITY, Respondent, Relative to Acquiring Title to Real Property Bounded by DELANCEY AND OTHER STREETS, in the Borough of Manhattan, Selected as a Site for the BARUCH HOUSES. THOMAS F. PRENDERGAST, as Executor of PATRICK COLEMAN, Deceased, Appellant; ALBERTINA KRAUSE, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust Made by WILLIAM W. ASTOR, Respondent, v. RIVAL SHOE COMPANY, INC., Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [198 Misc. 1002.] [See 280 App. Div. 861.]

MAN-BRONX REALTY CORP., Appellant-Respondent, v. BERNARD PIROCK et al., Respondents-Appellants.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

**4**

HARRY S. GOODMAN, Appellant, v. SAMUEL MARCUS et al., Respondents. (Consolidated Appeals.) The findings of fact by the Trial Justice affirmed, and additional findings made, in conformity with the decision, that no agreement existed between the parties that Marcus would acquire real property for The Peace Light Co., Inc., that no money was paid to Marcus by The Peace Light Co., Inc., for the purpose of acquiring real property for it, and that no money is owing by Marcus to said corporation or was owing thereto by him at any time mentioned in the complaint. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

SOL WOLFSON, Respondent, v. REX SALES CORP., Defendant, and STROLL-O-CHAIR CORPORATION et al., Appellants.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

LOUIS C. FORMAN, Respondent, v. UNITED SECURITY ASSOCIATED WAREHOUSES, INC., Appellant.— No opinion. Present — Peck, P. J. Dore, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of DAVID J. MACFARLANE, Deceased. LEOPOLD K. MACFARLANE, as Administrator of the Estate of DAVID J. MACFARLANE, Deceased, Appellant; VICTORIA MANCUSO, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.